

**FILED**

NOV 09 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER NATHANIEL PATTERSON,<br><br>Defendant. | CR 20-127-BLG-SPW<br><br><br><br>ORDER |
|---|---|

Upon the United States' Motion for Dismissal of Forfeiture Proceedings (Doc. 6), and for good cause being shown,

IT IS HEREBY ORDERED that the forfeiture action in the above-captioned case is **DISMISSED with prejudice**.

DATED this _9th_ day of November, 2020.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Court Judge

1