Case 1:20-cr-00127-SPW   Document 19   Filed 12/04/20   Page 1 of 1



FILED

DEC 4 2020

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER NATHANIEL PATTERSON,<br><br>Defendant. | Case No. CR-20-127-BLG-SPW<br><br>**ORDER AMENDING FINANCIAL AFFIDAVIT AND STRIKING CONDITION TO PAY DEFENSE COSTS** |

Upon the Defendant's Unopposed Motion to Amend Financial Affidavit and Strike Condition to Pay Defense Costs (Doc. 17), and for good cause appearing,

IT IS HEREBY ORDERED that the Defendant's Motion is **GRANTED**. The obligation of Defendant to pay $500 per month for defense costs has been struck.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 4th day of December, 2020.

SUSAN P. WATTERS
U. S. DISTRICT COURT JUDGE